IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : INDICTMENT |
| v. | : CRIMINAL NO. 5:15-CR-____ |
| KENDRALL DALE MADISON | : VIOLATION: 18 U.S.C. § 922(g)(1) <br> : 18 U.S.C. § 924(e)(1) <br> : 18 U.S.C. § 924(d)(1) <br> : 26 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

COUNT ONE
(POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about December 1, 2014, in the Macon Division of the Middle District of Georgia, the defendant,

**KENDRALL DALE MADISON,**

having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm in and affecting interstate and foreign commerce, that is: One (1) Rossi, .38 caliber revolver, serial number W057065.

Said crimes for which **KENDRALL DALE MADISON** had been previously convicted of punishable by imprisonment for a term exceeding one (1) year being more particularly described as:

(1)   the offense of Possession of Marijuana With the Intent to Distribute in Indictment No. 24960 in the Superior Court of Bibb County, Georgia on September 19, 1985;

(2)   the offenses of Aggravated Assault and Possession of a Firearm by a Convicted Felon, in Indictment No. 01CR53988 in the Superior Court of Bibb County, Georgia on April 11, 2002.

(3)   the offense of Robbery, in Indictment No. 00CR-16806 in the Superior Court of

Jones County, Georgia on April 18, 2002.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE NOTICE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. 2461(c) - Criminal Forfeiture)

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(e)(1) set forth in Count One of this Indictment, the defendant, **KENDRALL DALE MADISON**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Rossi Revolver, .38 caliber, Model M88, Serial Number W057065, and five (5) rounds of .38 caliber ammunition.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon exercise of due diligence;

   (b) has been transferred, sold to or deposited with, a third person;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty,

Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

KIMBERLY S. EASTERLING
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of Feb A.D. 20 15

Deputy Clerk